**Order filed February 9, 2012.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-11-00572-CV

————————

**JEFFREY W. HARPER, Appellant**

**V.**

**KAREN F. HARPER, Appellee**

**On Appeal from the County Court at Law**
**Waller County, Texas**
**Trial Court Cause No. 11-03-20780**

## O R D E R

Appellant's brief was due January 2, 2012. No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **March 9, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM